No. 99–5631. JENKINS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–5634. JENKINS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–5635. JOLLIFF *v.* BOWERSOX, SUPERINTENDENT, PO-TOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 99–5636. MAYES *v.* DORMIRE, SUPERINTENDENT, JEFFER-SON CITY CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–5640. FORD *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–5643. VASQUEZ-ALVAREZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–5644. WORKMAN *v.* BELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–5647. COUNCE *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 99–5650. WORD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–5651. WEAVER *v.* ARKANSAS. Ct. App. Ark. Certiorari denied.

No. 99–5653. HOCK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–5655. HARRELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–5657. NIEVES *v.* KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 99–5661. TEAL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–5665. HEDGES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.